IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE (K.B.) | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. NO.  4:22-CV-00226 |
| | § | |
| FACEBOOK, INC. N/K/A META | § | |
| PLATFORMS, INC. | § | |
|    *Defendants.* | § | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Craig M. Sico and hereby provides notice that Jeffrey H. Richter is no longer employed with the firm of Sico Hoelscher Harris LLP and will not continue to assist in representing Plaintiff Jane Doe (K.B.) in the above-captioned cause.

Plaintiff Jane Doe (K.B.) will continue to be represented by the law firms of Sico Hoelscher Harris LLP, Annie McAdams P.C., and The Gallagher Law Firm.

The withdrawal will not delay these proceedings.

1

Respectfully submitted,

By:    */s/ Craig M. Sico*
       Craig M. Sico
       Texas Bar No. 18339850
       S.D. Tex No. 13540
       David E. Harris
       Texas Bar No. 24049273
       S.D. Tex. No. 71261
       **SICO HOELSCHER HARRIS LLP**
       Telephone: 361-653-3300
       Facsimile: 361-653-3333
       csico@shhlaw.com
       dharris@shhlaw.com

       Annie McAdams
       Texas State Bar No. 24051014
       S.D. Tex No. 1514589
       **ANNIE MCADAMS, PC**
       1150 Bissonnet
       Houston, Texas 77005
       Telephone: 713-785-6262
       Facsimile: 888-713-0451
       Email: annie@mcadamspc.com

       Michael T. Gallagher
       Texas Bar No. 07586000
       Pamela McLemore
       Texas Bar No. 24099711
       **THE GALLAGHER LAW FIRM**
       2905 Sackett Street
       Houston, Texas 77098
       Telephone: 713-222-8080
       Facsimile: 713-222-0066
       mike@gld-law.com
       pamm@gld-law.com

       **ATTORNEYS FOR PLAINTIFF JANE DOE**

3

## **CERTIFICATE OF SERVICE**

    I certify that on the 14th day of November 2022, a true and correct copy of the foregoing document was served on all attorneys of record for opposing parties.

*/s/ Craig M. Sico*
Craig M. Sico
