IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE (K.B.) *Plaintiff,* | § § § | |
| v. | § | C.A. NO. 4:22-CV-00226 |
| | § | |
| FACEBOOK, INC. N/K/A META PLATFORMS, INC. *Defendants.* | § § § § | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Craig M. Sico and hereby provides notice that he will not continue in representing Plaintiff Jane Doe (K.B.) in the above-captioned cause. Annie McAdams of the law firm of Annie McAdams, P.C. will be designated as attorney-in-charge.

Further, Plaintiff Jane Doe (K.B.) will continue to be represented by the law firms of Sico Hoelscher Harris LLP, Annie McAdams P.C., and The Gallagher Law Firm.

The withdrawal will not delay these proceedings.

Respectfully submitted,

By: */s/ Craig M. Sico*
Craig M. Sico
Texas Bar No. 18339850
S.D. Tex No. 13540
David E. Harris
Texas Bar No. 24049273
S.D. Tex. No. 71261
**SICO HOELSCHER HARRIS LLP**
Telephone: 361-653-3300
Facsimile: 361-653-3333
csico@shhlaw.com
dharris@shhlaw.com

1

Annie McAdams
Texas State Bar No. 24051014
S.D. Tex No. 1514589
**ANNIE MCADAMS, PC**
1150 Bissonnet
Houston, Texas 77005
Telephone:  713-785-6262
Facsimile:  888-713-0451
Email:  annie@mcadamspc.com

Michael T. Gallagher
Texas Bar No. 07586000
Pamela McLemore
Texas Bar No. 24099711
**THE GALLAGHER LAW FIRM**
2905 Sackett Street
Houston, Texas 77098
Telephone:  713-222-8080
Facsimile:  713-222-0066
mike@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR PLAINTIFF JANE DOE**

3

## **CERTIFICATE OF SERVICE**

    I certify that on the 23rd day of November 2022, a true and correct copy of the foregoing document was served on all attorneys of record for opposing parties.

*/s/ Craig M. Sico*
Craig M. Sico
