United States District Court
Southern District of Texas
**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE (K.B.), | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. 4:22-CV-00226 |
| v. | § | |
| FACEBOOK, INC. n/k/a META PLATFORMS, INC., | § | |
| *Defendant.* | § | |

## ORDER

It is hereby ORDERED that: the parties' Joint Motion to Stay Pretrial Deadlines and Discovery is GRANTED. All discovery and all pretrial deadlines in this case are hereby stayed until this Court enters an order on Defendant Meta Platforms, Inc.'s Motion to Transfer Venue Under 28 U.S.C. §1404(a) (the "Motion"), Dkt. 47. Within thirty days of the entry of an order on the Motion, the parties shall file a joint motion to enter an amended scheduling order.

So ordered this 5th day of April, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE